**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

Richard Schragger

                         *Debtor.*

OLEGARIO FLORES DE JESUS (A/K/A TOMAS GARCIA),

                         *Plaintiffs,*

                -against-

RICHARD SCHRAGGER,

                         *Defendant.*

-----------------------------------------------------------------X

**Chapter 11**
**Bankruptcy Case No. 16-44532 (CEC)**

**Adversary Proceeding No. 16-01191 (CEC)**

**CERTIFICATE OF SERVICE**

     I, Joshua S. Androphy, hereby certify that on December 27, 2016, I served the complaint in the above-captioned adversary proceeding by emailing a true copy of the same to Lawrence Morrison, attorney for defendant Richard Schragger, who consented in writing to accept service of the same on defendant Richard Schragger's behalf.

Dated: New York, New York
         December 27, 2016

                                                                         /s/ Joshua S. Androphy
                                                             Joshua S. Androphy
                                                             Michael Faillace & Associates, P.C.
                                                             60 East 42nd Street, Suite 2540
                                                             New York, NY 10165
                                                             *Attorneys for Plaintiff Olegario Flores De Jesus*